UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HENRY J. REMBERT, JR.,

    Plaintiff,

v.                                             Case No. 3:15cv298/MCR/EMT

MEGAN J. BRENNAN,

    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 24, 2015.  (Doc. 7).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **TRANSFERRED** to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1406(a).

    3.    The clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of September 2015.

                                  *s/ M. Casey Rodgers*

                                **M. CASEY RODGERS**
                                **CHIEF UNITED STATES DISTRICT JUDGE**