# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **HENRY J. REMBERT, JR.** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. 15-00464-KD-N |
| | ) |
| **MEGAN J. BRENNAN,** | ) |
| **Postmaster General USPS,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

Accordingly, Henry J. Rembert, Jr.'s Complaint is dismissed without prejudice prior to service under 28 U.S.C. § 1915(e)(2)(ii) for failure to state a claim upon which relief may be granted.

DONE this 22nd day of January 2016.

s/ Kristi K. DuBose
KRISTI K DuBOSE
UNITED STATES DISTRICT JUDGE